```
McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
KARI L. RICCI
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. NO. S-07-0385 GGH |
| vs. | Stipulation and Order to Vacate Jury Trial |
| ADRIAN P. REDOBLE, and TIMOTHY R. COUCH, | DATE: November 27, 2007<br>TIME: 9:00 a.m. |
| Defendants. | JUDGE: Hon. Gregory G. Hollows |

It is hereby stipulated and agreed between the United States and the defendant, Adrian P. Redoble, by and through his undersigned counsel, John Manning, and defendant, Timothy R. Couch, by and through her undersigned counsel, Ben Galloway, that defendants' jury trial set for November 27, 2007, be vacated and a status hearing be set for February 4, 2008 at 9:00 a.m.

The reason for vacating said dates is that the parties have agreed to refer the matter to Pre-Trial Services for their recommendation regarding Pre-Trial Diversion.

\\\\\

\\\\\

1

1 The parties agree that time be excluded from November 27, 2007 to February 4, 2008, pursuant to Title 18, United States Code, Section 3161(h)(2), Local Code I, deferred prosecution by agreement, and Section 3161(h)(8)(b)(4), Local Code T4, reasonable time necessary for the effective preparation.

```
DATED: November 26, 2007        McGREGOR W. SCOTT
                                United States Attorney

                                By: /s/ Michael M. Beckwith
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney


DATED: November 26, 2007        By: /s/ John Manning
                                    JOHN MANNING
                                    Attorney for Defendant
                                    Adrian P. Redoble

DATED: November 26, 2007        By: /s/ Ben Galloway
                                    BEN GALLOWAY
                                    Staff Attorney
                                    Office of the Federal Defender
                                    Attorney for Defendant
                                    Timothy R. Couch
```

O R D E R

IT IS SO ORDERED:

DATED: 11/27/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

2