```
1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  KARI L. RICCI
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2810
```

FILED

MAR -7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. No. S-07-0385 GGH |
|---|---|
| Plaintiff, | Stipulation and [Proposed] Order to Continue Status Conference |
| v. | |
| ADRIAN P. REDOBLE, and TIMOTHY R. COUCH, | DATE: February 19, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Gregory G. Hollows |
| Defendants. | |

It is hereby stipulated and agreed between the United States and the defendant, Adrian P. Redoble, by and through his undersigned counsel, John Manning, that defendant's status conference set for February 19, 2008, be continued to March 17, 2008 at 9:00 a.m. The reason for the continuance is that Pre-Trial Services is still investigating whether defendant Adrian Redoble is eligible for Pre-Trial Diversion.

///
///
///
///
///

1

The parties agree that time will continue to be excluded from February 19, 2008 to March 17, 2008, pursuant to Title 18, United States Code, Section 3161(h)(2), also known as Local Code I, deferred prosecution by agreement.

DATED: February 28, 2008                McGREGOR W. SCOTT
                                        United States Attorney

                                   By:  /s/Matthew C. Stegman
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney

DATED: February 28, 2008           By:  /s/John Manning
                                        JOHN MANNING
                                        Attorney for Defendant
                                        Adrian P. Redoble

[~~PROPOSED~~] O R D E R

IT IS SO ORDERED:
DATED: ~~February~~ March 6, 2008

GREGORY G. HOLLOWS
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge