1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  KARI L. RICCI
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2810

6

7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9
                                    )
10 UNITED STATES OF AMERICA,         )  Cr. No. S-07-0385 GGH
                                     )
11       Plaintiff,                  )  Stipulation and Order to
                                     )  Continue Status Conference
12    v.                             )
                                     )
13 ADRIAN P. REDOBLE, and            )  DATE: March 17, 2008
   TIMOTHY R. COUCH,                 )  TIME: 9:00 a.m.
14                                   )  JUDGE: Hon. Gregory G. Hollows
         Defendants.                 )
15                                   )
                                     )
16

17       It is hereby stipulated and agreed between the United States and

18 the defendant, Adrian P. Redoble, by and through his undersigned

19 counsel, John Manning, that defendant's status conference set for

20 March 17, 2008, be continued to September 21, 2009 at 9:00 a.m.  The

21 reason for the continuance is that the parties have entered into an

22 agreement for deferred prosecution with the defendant for a period of

23 eighteen (18) months.

24 ///

25 ///

26 ///

27 ///

28 ///

                                   1

The parties agree that time will continue to be excluded from March 17, 2008, to September 21, 2009, pursuant to Title 18, United States Code, Section 3161(h)(2), also known as Local Code I, deferred prosecution by agreement.

DATED: March 13, 2008                McGREGOR W. SCOTT
                                     United States Attorney

                              By:    /S/ Matthew C. Stegman
                                     MATTHEW C. STEGMAN
                                     Assistant U.S. Attorney


DATED: March 13, 2008         By:    /S/ John Manning
                                     JOHN MANNING
                                     Attorney for Defendant
                                     Adrian P. Redoble

O R D E R

IT IS SO ORDERED:

DATED: March 14, 2008

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge


redoble.ord2