```
LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
ANTHONY D. STORM
Certified Law Clerk
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-07-0385 GGH |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS |
| ) | INFORMATION AND ORDER |
| v. ) | |
| ) | |
| ADRIAN P. REDOBLE, and ) | |
| TIMOTHY R. COUCH, ) | DATE: February 23, 2009 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Gregory G. Hollows |
| _____) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing Criminal Number S-07-0385 GGH.

The government is requesting this dismissal because the defendants and the United States have each entered into an Agreement for Deferred Prosecution for Pretrial Services Diversion program for a period of eighteen (18) months for Defendant Redoble and twelve (12) months for Defendant Couch. Defendant Redoble's agreement is attached and marked Exhibit 1 and Defendant Couch's agreement is attached and marked Exhibit 2.

///

    Pretrial Services indicated that to date, the defendants have been in compliance with the conditions of pretrial diversion.

    Defendant Redoble is in the process of enlisting in the Army. Prior to his enlistment, the Army requires that his pretrial diversion be terminated.

    Defendant Couch has been employed with the California Conservation Corps since February 15, 2008.

    Pretrial Services states that the defendants have made a successful adjustment to pretrial diversion and is recommending early termination of the agreement.

    It is for the above reasons that the Government requests dismissal of this case.

Dated: February 5, 2009        LAWRENCE G. BROWN
                                      Acting United States Attorney

                               By: /s/ Matthew C. Stegman
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney

## O R D E R

IT IS SO ORDERED:

DATED: 2/10/09

/s Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

redoble&couch.ord